UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKHIL BHARADWAJ JOIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-01509-JPH-MKK |
| | ) |
| INDIANA UNIVERSITY, | ) |
| INDIANA UNIVERSITY BOARD OF | ) |
| TRUSTEES, | ) |
| EMILY C. WALVOORD, | ) |
| IYABODE OKORO, | ) |
| ABIGAIL KLEMSZ, | ) |
| JOHN DOES 1-25, | ) |
| | ) |
| Defendants. | ) |

## ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE

The Parties, by counsel, appeared for a telephonic initial pretrial conference on December 4, 2024, with the Magistrate Judge. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

This matter is set for a telephonic status conference on **April 8, 2025, at 2:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 12/12/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.