UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKHIL BHARADWAJ JOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01509-JPH-MKK |
| | ) | |
| INDIANA UNIVERSITY, | ) | |
| INDIANA UNIVERSITY BOARD OF | ) | |
| TRUSTEES, | ) | |
| EMILY C. WALVOORD, | ) | |
| IYABODE OKORO, | ) | |
| ABIGAIL KLEMSZ, | ) | |
| JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Defendants' Motion for Extension of Time to File Preliminary Witness and Exhibit Lists, Dkt. [26]. Plaintiff has not filed a response, and Defendants did not indicate whether they had consulted Plaintiff about this motion as required by Local Rule 6-1(c). S.D. Ind. Local R. 6-1(c)(4). Nonetheless, in the interest of ensuring that progress continues in this case, the Court **GRANTS** the motion.

Plaintiff is **ORDERED** to file his preliminary witness and exhibit list **on or before January 28, 2025**. Defendants are **ORDERED** to file their preliminary witness and exhibit list on or before **February 4, 2025**.

So **ORDERED**.

Date: 1/24/2025

_____

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.