UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKHIL BHARADWAJ JOIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01509-JPH-MKK ) |
| INDIANA UNIVERSITY, INDIANA UNIVERSITY BOARD OF TRUSTEES, EMILY C. WALVOORD, IYABODE OKORO, ABIGAIL KLEMSZ, JOHN DOES 1-25, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

The Parties, by counsel, appeared for a telephonic status conference on April 8, 2025, with the Magistrate Judge. The Parties discussed the status of discovery and readiness for a settlement conference.

This matter is set for a telephonic status conference on **June 24, 2025, at 10:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 4/9/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.