UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NIKHIL BHARADWAJ JOIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01509-JPH-MKK |
| INDIANA UNIVERSITY, INDIANA UNIVERSITY BOARD OF TRUSTEES, EMILY C. WALVOORD, IYABODE OKORO, ABIGAIL KLEMSZ, JOHN DOES 1-25, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE**

On June 24, 2025, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed the status of discovery.

The Court GRANTED Plaintiff's unopposed oral motion to extend the deadline for completing depositions. The four depositions discussed with the Court during the June 24th conference (*i.e.*, depositions of three university officials and plaintiff) shall be completed no later than **July 31, 2025**. Written discovery shall be completed by the existing deadline of **July 1, 2025**. Statements of claims and/or defenses shall be filed no later than **August 7, 2025**. All other case deadlines remain the same.

This matter is set for a telephonic status conference on **August 6, 2025, at 2:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate

email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

    The conference concluded without further order.

Date: 6/26/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.