UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKHIL BHARADWAJ JOIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01509-JPH-MKK |
| | ) | |
| INDIANA UNIVERSITY, | ) | |
| INDIANA UNIVERSITY BOARD OF | ) | |
| TRUSTEES, | ) | |
| EMILY C. WALVOORD, | ) | |
| IYABODE OKORO, | ) | |
| ABIGAIL KLEMSZ, | ) | |
| JOHN DOES 1-25, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On April 1, 2026, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed the status of settlement negotiations.

This matter is set for a telephonic status conference on **October 20, 2026, at 9:00 a.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 4/2/2026

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.