**UNITED STATES DISTRICT COURT**
**Southern District of Indiana**

NIKHIL BHARADWAJ JOIS )
       Plaintiff(s), )
        )
  vs. ) CASE NO. 1:24–cv–01509–JPH–MKK
        )
INDIANA UNIVERSITY, et al. )
       Defendant(s) )

## ORDER OF RECUSAL/DISQUALIFICATION

In accordance with the provisions of Title 28 U.S.C. §455, the undersigned hereby disqualifies himself/herself in this matter. The Clerk of Court is directed to randomly reassign this matter to another Judge, pursuant to the court's reassignment procedures.

IT IS SO ORDERED.

DATE: April 9, 2026              s/ James Patrick Hanlon
                                   Judge
                                   United Stated District Court
                                   Southern District of Indiana