UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NIKHIL BHARADWAJ JOIS,<br><br>Plaintiff,<br><br>v.<br><br>INDIANA UNIVERSITY,<br>INDIANA UNIVERSITY BOARD OF TRUSTEES,<br>EMILY C. WALVOORD,<br>IYABODE OKORO,<br>ABIGAIL KLEMSZ,<br>JOHN DOES 1-25,<br><br>Defendants. | ) | No. 1:24-cv-01509-JRS-MKK |

**Final Judgment**

Plaintiff Nikhil Bharadwaj Jois shall take nothing by way of his Complaint. Plaintiff's federal and state law claims against Defendants are dismissed with prejudice. This is a final judgement under Federal Rule of Civil Procedure 58. This case is closed.

**IT IS SO ORDERED**.

Date: 09/30/2026

James R. Sweeney II

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Samantha Burmester
Deputy Clerk, U.S. District Court

Distribution:

Jennifer Westerhaus Adams
Mattingly Burke Cohen & Biederman LLP
jennifer.adams@mbcblaw.com

Hamish S. Cohen
Mattingly Burke Cohen & Biederman LLP
hamish.cohen@mbcblaw.com

Lawrence A Katz
LLG National NJ PC
lawrence.katz@llgnational.com

Brian Robison Weir-Harden
Mattingly Burke Cohen & Biederman LLP
brian.weir-harden@mbcblaw.com