U.S. Legal Support

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20251060026-13 | 7/30/2025 | Net 30 |
| **Job No.** | **Job Date** | **Balance** |
| 6925697 | 7/15/2025 | $560.34 |

**Case Name**

Nikhil Bharadwaj Jois v. Indiana University

**Case No.**

124CV01509JPHMKK

**NE - PHILADELPHIA**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 215-985-2400 Fax: 877-876-9330**

**Hamish Cohen**
**Mattingly, Burke, Cohen & Biederman, LLP**
**155 East Market Street # #400**
**Indianapolis IN 46204**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Remote Videoconference - Client Providing Link | Hamish Cohen<br>Mattingly, Burke, Cohen & Biederman, LLP<br>155 East Market Street # #400<br>Indianapolis IN 46204 | Client Matter No:<br>Claim No:<br>Insured:<br>D/O/L:<br>Adjuster: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: Dr. Walvoord | | | | |
| Copy - Expert/Technical | 49.00 | Pages | $4.55 | $222.95 |
| DepoSummary Pro | 1.00 | N/A | $49.00 | $49.00 |
| Remote Proceeding Pages | 38.00 | Pages | $0.60 | $22.80 |
| Transcript Handling & Processing | 1.00 | N/A | $75.00 | $75.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Condensed Transcript | 1.00 | N/A | $32.50 | $32.50 |
| Read & Sign Service | 1.00 | N/A | $30.00 | $30.00 |
| | **Total Due** | | | **$487.25** |
| | **(-) Payments/Credits** | | | **$0.00** |
| | **(+) Finance Charges/Late Fees** | | | **$73.09** |
| | **(=) New Balance** | | | **$560.34** |

[redacted]

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

Transcript summaries are produced and delivered within 48 hours of transcript delivery.

**ACH Payments Preferred**
**Please send details of your ACH or wire payment to remittanceadvice@uslegalsupport.com to ensure proper application to your account**

**SEND CHECK PAYMENT TO:**
U.S. Legal Support, Inc.
P.O. Box 4772
Houston, TX 77210

[redacted]

**Invoice #:** 20251060026-13
**Invoice Date:** 7/30/2025
**Balance Due:** $560.34

**To Pay by Credit Card visit:** https://corporatebillpay.uslegalsupport.com

**Veritext, LLC - Midwest Region**
Tel. 800-554-3376 Email: billing-midwest@veritext.com
[redacted]

VERITEXT LEGAL SOLUTIONS

Bill To: Hamish Cohen
Mattingly Burke Cohen & Biederman LLP
111 Monument Circle
Suite 3950
Indianapolis, IN, 46204

| | |
|---|---|
| **Invoice #:** | **8519932** |
| **Invoice Date:** | **7/31/2025** |
| **Balance Due:** | **$2,801.65** |

**Case: Jois, Nikhil Bharadwaj v. Indiana University Et Al (1:24cv01509JPHMKK)** — **Proceeding Type: Depositions**

Job #: 7484331 | Job Date: 7/17/2025 | Delivery: Normal

Location: Indianapolis, IN
Billing Atty: Hamish Cohen
Scheduling Atty: Hamish Cohen | Mattingly Burke Cohen & Biederman LLP

| Witness: Nikhil Bharadwaj Jois | Amount |
|---|---|
| Transcript Services | $1,679.90 |
| Professional Attendance | $503.75 |
| Exhibits | $110.00 |
| Logistics, Processing & Electronic Files | $114.00 |
| Virtual Services | $295.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,801.65** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$2,801.65** |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

[redacted]

| | |
|---|---|
| **Invoice #:** | **8519932** |
| **Invoice Date:** | **7/31/2025** |
| **Balance Due:** | **$2,801.65** |

189999

**DiPIERO COURT REPORTING**
*REGISTERED PROFESSIONAL REPORTERS*
*1175 MARLKRESS ROAD, UNIT 2460*
*CHERRY HILL, NJ 08034*
*(215) 735-8101*
[redacted]

HAMISH COHEN, ESQUIRE
MATTINGLY BURKE COHEN BIEDERMAN LLP
111 MONUMENT CIRCLE, SUITE 3950
INDIANAPOLIS, IN 46204

September 3, 2025

**Invoice#** 00078737

**Balance:** $135.00

**Re:** NIKHIL BHARADWAJ JOIS VS. INDIANA UNIVERSITY, ET AL
DEAN JAY HESS
*on* 08/08/25 *Billed* 08/25/25
*by* AK

## *Invoicing Information*

Charge Description
ZOOM DEPOSITION OF DEAN JAY HESS
39 PAGES - ONE COPY OF TRANSCRIPT
TRANSCRIPT PROVIDED IN FULL & CONDENSED FORMATS

1.50% per month on unpaid balance

**Please Remit ---> Total Due: $135.00**

*WE ACCEPT ALL MAJOR CREDIT CARDS*
*THANK YOU FOR YOUR CONTINUED BUSINESS*